# ROGER E. MAHER
Office of Impartial Arbitrator

| 23 83rd Street | Office: 718 238-5143 |
|---|---|
| Brooklyn, New York 11209 | Email: strike52@aol.com |

## NOTICE OF HEARING

-------------------------------------------------------------------------------------------------------------------x

**IN THE MATTER OF ARBITRATION BETWEEN:**

The New York District Council of Carpenter Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman, Retraining, Educational & Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, The New York and Vicinity Carpenters Labor Management Corporation, and Joseph Geiger, as Executive Secretary Treasurer of the District Council for New York City and Vicinity, United Brotherhood Carpenters and Joiners of America.

**Petitioners,**
-against-
**Sub-Tech Services LLC**          **Respondent**

-------------------------------------------------------------------------------------------------------------------x

**ISSUE: Fringe Benefits for:**

| | **Delinquency Period** | | **Amount Due:** |
|---|---|---|---|
| | 12/28/2017  through  Date | | Books & Records |
| | " | " | $1,755,146.93 Est. Benefits |

And all amounts due under the Collective Bargaining Agreement and prior to arbitration.

Dear Sir/Madam:

Please be advised that a hearing in the above captioned matter has been **scheduled** as follows:

**DATE:**  February 4, 2021

**TIME:**  10:00 AM.

**LOCATION:**  New York District Council of Carpenters Benefit Fund
395 Hudson Street,   9th floor Conference Room
New York, NY 10014-3695

Please be present and ready at that time with whatever witnesses you intend to adduce as well as any other records which you deem necessary and pertinent to the issue.  Failure to appear may result in a default award against you.

Very truly yours,

*Roger Maher*

**Roger E. Maher**
Arbitrator

**DATED:**  November 2, 2020
Via Regular Mail  & Certified Mail Return Receipt Requested  # 70191640000095420765

CC:  N. Marimon, Esq.
    C. Ozard