**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                Petitioners,                21 **CIVIL** 4783 (DLC)

    -against-                                **JUDGMENT**

SUB-TECH SERVICES, LLC,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 5, 2021, the petition to confirm the arbitration award is granted. The petitioners are awarded judgment in the amount of $2,334,311.56, the sum of the arbitration award, with interest accruing at a 5.25% annual rate from February 6, 2021, in the amount of $80,917.47. The petitioners are also awarded post-judgment interest at the statutory rate. 28 U.S.C. § 1961. Finally, attorney's fees and costs for the confirmation proceeding in the amount of $1,982.50 are awarded to petitioners; accordingly, the case is closed.

**Dated:** New York, New York
          October 5, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
                         **BY:**
                                            **Deputy Clerk**